UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-17-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOAQUIN ORTEGA | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 15 August 2017 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for all parties.

SO ORDERED.

This the _15_ day of August, 2017.

_____
Honbrable James C. Dever III
Chief United States District Judge