UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-17-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOAQUIN ORTEGA | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 18 June 2018 be sealed until further order of the court.

SO ORDERED.

This the 18 day of June, 2018.

Honorable James C. Dever III
Chief United States District Judge