UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-17-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOAQUIN ORTEGA | ORDER |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on 30 August 2018 be sealed until further order of the court.

SO ORDERED.

This the __30__ day of August, 2018.

Honorable James C. Dever III
Chief United States District Judge